THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Copeland, Appellant.
 
 
 

Appeal From Aiken County
  Diane Schafer Goodstein, Circuit Court
 Judge

Unpublished Opinion No. 2007-UP-499
 Submitted October 1, 2007  Filed October
 29, 2007

APPEAL DISMISSED

 
 
 
 Eleanor Duffy Cleary, South Carolina Commission on Indigent
 Defense, of Columbia, for Appellant.
 J. Benjamin Aplin,  of the South Carolina Department of Probation,
 Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  John Copeland appeals the circuit courts revocation of his
 probation from his conviction for threatening the life of a public official.  Copeland
 argues the circuit court erred in revoking his probation without providing appellant with an opportunity to be
 heard.  We find this argument not preserved for
 our review because Copeland failed to voice any objections at the revocation
 hearing.  See State
 v. Adams, 354 S.C. 361,
 380, 580 S.E.2d 785, 795 (Ct. App. 2003) (Arguments not raised to or ruled
 upon by the trial court are not preserved for appellate review.).  Copelands
 counsel has petitioned to be relieved as counsel, stating that he has reviewed
 the record and has concluded Copelands appeal is without merit.  Copeland has
 not filed a pro se  brief.  
After a thorough
 review of the record pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 hold there are no directly appealable issues that are arguable on their
 merits.  Accordingly, we dismiss this appeal and grant counsels petition to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1]  We decide this case without oral
 argument pursuant to Rule 215, SCACR.